(Reap. Dec. 9455)

### ADVANCE SHIPPING COMPANY *v.* UNITED STATES

Entry No. 888032.

(Decided June 9, 1959)

Plaintiff not represented by counsel.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When the above-enumerated appeal for a reappraisement was called for hearing, there was no appearance on behalf of plaintiff.

An examination of the official record discloses no reason for disturbing the presumptively correct value for the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by said appeal to be the value found by the appraiser.

Judgment will be entered accordingly.